## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DONALD RAY LUCAS**                                                                                                                            **PLAINTIFF**

v.                             **CIVIL ACTION NO. 3:08CV-P284-H**

**LETHA STEWART**                                                                                                                      **DEFENDANT**

### ORDER

      For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and for failure to state a claim upon which relief may be granted.

      There being no just reason for delay in its entry, this is a final Order.

      This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 17, 2009

                                                             **John G. Heyburn II, Judge**
                                                           **United States District Court**

cc:     Plaintiff, *pro se*
4412.005